2003 OCT 10 P 5: 09

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Integrated Communication Systems, Inc., Robert A. Jacobson, | ) ) | Civil Action No. 300 CV 1295 (PCD) |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| Ellcon-National, Inc., | ) ) | |
| Defendant. | ) ) | October 10, 2003 |

### CERTIFICATION OF COMPLIANCE WITH THE SUPPLEMENTAL ORDER CONCERNING THE MOTION FOR ATTORNEY'S FEES

The defendant, Ellcon-National, Inc.("Ellcon"), hereby gives notice that it has complied with the Court's Supplemental Order concerning its Motion for Attorney's Fees against the plaintiff, and has filed with the Court on this date the following:

1. Motion for Attorney's Fees dated September 9, 2003;

2. Memorandum in Opposition dated October 7, 2003; and

3. Reply Memorandum dated October 10, 2003.

Respectfully submitted,
THE DEFENDANT,
ELICON-NATIONAL, INC.

By: _____
Charles I. Miller
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103
Federal Bar No . CT 08203
Phone # (860) 548-1300

and

Kymric Y. Mahnke, Esq.
Nelson, Mullins, Riley & Scarborough, LLP
Poinsett Plaza
104 South Main Street, Suite 900
P.O. Box 10084
Greenville, SC 29601

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed postage prepaid this 10th day of October to:

Counsel Served:

Kenneth R. Slater, Jr., Esq.
Joseph G. Fortner, Jr.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

_____
Charles I. Miller, Esq.