# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Integrated Control Systems, Inc., ) <br> Robert A. Jacobson, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Ellcon-National, Inc., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 300 CV 1295 (PCD) <br><br> **MOTION FOR ATTORNEY'S FEES** <br><br><br> September 9, 2003 |

Pursuant to the Court's order of August 18, 2003 the Defendant submits the affidavit of Attorney Charles I. Miller and the attached billing records of the law firms of Nelson, Mullins, Riley & Scarborough, LLP and O'Connell, Flaherty & Attmore, LLC to establish the reasonable attorneys' fees in efforts to enforce Plaintiffs' compliance with the Court's January 23, 2003 order. The Defendant seeks the award of its legal fees and expenses in the total amount of **$52,606.92,** as more fully set forth in the attached affidavit of Attorney Miller. The time entries claimed include actual time expended to date in obtaining compliance with the order along with the reasonably anticipated time to (i) prepare the reply to the Plaintiff's anticipated memorandum in opposition, and (ii) object to the Plaintiff's Motion for Reconsideration of the Court's order (ct. doc. # 76).

                        THE DEFENDANT,
                        ELLCON-NATIONAL, INC.

By _____
Charles I. Miller
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103
Federal Bar No . CT 08203
Phone # (860)548-1300
Fax # (860)548-0023
Email: cmiller@ofalaw.com

and    Kymric Y. Mahnke, Esq.
        Nelson, Mullins, Riley & Scarborough, LLP
        Poinsett Plaza
        104 South Main Street, Suite 900
        P.O. Box 10084
        Greenville, SC 29601