2003 OCT 10 P 5:10

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Integrated Control Systems, Inc., Robert A. Jacobson, | ) | Civil Action No.  300 CV 1295 (PCD) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ellcon-National, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

The undersigned, being duly sworn, do hereby depose and says:

1.  I am over eighteen (18) years of age and believe in the obligations of an oath.

2.  I am an associate in the law firm O'Connell, Flaherty & Attmore, LLC and have represented the Defendant, Ellcon-National, Inc. ("Ellcon") in this litigation.

3.  Attached hereto as Exhibit "A" are O'Connell, Flaherty & Attmore LLC's bills for legal services and expenses incurred in efforts to enforce plaintiff's compliance with the Court's January 23, 2003 order in the total amount of **$13,397.00**, which includes, among other things, the cost of preparing the Motion for Sanctions (Doc. #66), Memorandum in Support of the Motion (Doc. #67), Reply Memorandum (Doc. #69),

Supplemental Reply (Doc. #69), and Objection to Plaintiff's Motion to Strike Supplement Reply (Doc. #73).

4.  The Defendant additionally claims the reasonably anticipated attorney's fees related to (i) the preparation of the Reply to the Plaintiff's memorandum in opposition in the amount of **$1,500.00** and (ii) the preparation of the objection to the Plaintiff's Motion for Reconsideration of the Court's order (ct. doc. # 76) in the amount of **$3,000.00**. These additional anticipated fees are calculated based on the time previously expended in addressing prior similar pleadings filed by the Plaintiff in this case.

4.  Attached hereto as Exhibit "B" is Ellcon's principal counsel, Nelson, Mullins, Riley & Scarborough, LLP's bills for legal services incurred in the enforcement of compliance against the plaintiff in the total amount of **$34,709.92**.

5.  The attorneys' fees, costs and expenses documented in the attached bills for services were reasonably incurred.

6.  I have been practicing law in the state of Connecticut for over 12 years. The rates charged to Ellcon by my firm are my standard hourly rates which are charged to other clients of the firm.

7.  I have conferred with Ellcon's co-counsel in South Carolina, Kymric Y. Mahnke, and confirmed the rates charged to Ellcon by the Nelson firm are the standard

2

hourly rates which are charged to other clients of their firm.

8. Thus, the total attorney's fees and costs associated with enforcing compliance with the Court's January 23, 2003 order are $52,606.92.

Further affiant saith not.

_____
Charles I. Miller, Esq.

**STATE OF CONNECTICUT** )
                                   ) ss: Hartford
**COUNTY OF Hartford**     )

Personally appeared **CHARLES I. MILLER**, signer and sealer of the foregoing instrument, and acknowledged the same to be her free act and deed before. Subscribed and sworn to before me this 9th day of September, 2003.

_____
NOTARY PUBLIC

Linda M. Carlson
NOTARY PUBLIC
State of Connecticut
My Commission Expires 03/31/08

J:\CM\ELLCON-National\Discovery\CIM AFFIDAVIT 9-9-03.DOC

3

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
ATTORNEYS AT LAW
280 TRUMBULL STREET
HARTFORD, CONNECTICUT 06103-3598
860-548-1300

OUR FILE#    H16460    00001

ELLCON-NATIONAL, INC.
KYMRIC Y. MAHNKE, ESQ.
NELSON, MULLINS, RILEY & SCARBOROUGH
POINSETT PLAZA
104 SOUTH MAIN STREET, SUITE 900
P.O. BOX 10084
GREENVILLE, SC 29601

INTEGRATED CONTROL SYSTEMS, INC. AND ROBERT A. JACOBSON

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 01/24/2003 | CIM | REVIEW DOCUMENTS HAND-DELIVERED AT 5:00 P.M. BY ATTORNEY SLATER; DICTATE LETTER AND INSTRUCTION FOR COPYING AND SHIPPING OF DOCUMENTS TO ATTORNEY MAHNKE; TELEPHONE CONFERENCE WITH ATTORNEY SLATER REGARDING SCHEDULING STRADA DEPOSITION. | 1.50 | hrs. |
| 01/28/2003 | CIM | TELEPHONE CONFERENCE WITH ATTORNEY SLATER REGARDING INTERROGATORY RESPONSES. | 0.20 | hrs. |
| 01/31/2003 | CIM | TELEPHONE CONFERENCE WITH ATTORNEY SLATER REGARDING PRODUCTION STATUS. | 0.20 | hrs. |
| 02/03/2003 | CIM | REVIEW DISCOVERY COMPLIANCE AND COMPARE WITH COURT'S ORDER ON RECONSIDERATION AND TELEPHONE CONFERENCE VOICE MAIL AND EMAIL TO ATTORNE SLATER REGARDING SAME. | 0.70 | hrs. |
| 02/04/2003 | CIM | TELEPHONE CONFERENCE VOICE MAIL TO ATTORNEY SLATER REGARDING DISCOVERY STATUS AND TELEPHONE CONFERENCE WITH KYM MAHNKE. | 0.20 | hrs. |
| 02/11/2003 | CIM | TELEPHONE CONFERENCE WITH KEN SLATER (.1). | 0.10 | hrs. |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/12/2003 | CIM | TELEPHONE CONFERENCES WITH ATTORNEY SLATER REGARDING COURT'S ORDER AND TELEPHONE CONFERENCES WITH ATTORNEY MAHNKE REGARDING DISCLOSURE AND STRADA DEPOSITION; CONFERENCE WITH ATTORNEY PIECUCH REGARDING SAME. | 0.50 hrs. |
| 02/13/2003 | CIM | TELEPHONE CONFERENCE WITH ATTORNEY SLATER AND TELEPHONE CONFERENCE WITH ATTORNEY MAHNKE; CONFERENCE WITH ATTORNEY PIECUCH REGARDING DRAFTING MOTION FOR SANCTIONS AND MOTION TO COMPEL. | 0.50 hrs. |
| 02/13/2003 | GWP | CONFERENCE WITH ATTORNEY MILLER; REVIEW JUDGE DORSEY'S RULING ON MOTION FOR RECONSIDERATION. | 0.40 hrs. |
| 02/14/2003 | GWP | RESEARCH REGARDING MOTION TO COMPEL; PREPARE MOTION/REVIEW FILE; CONFERENCE WITH ATTORNEY MILLER; BEGIN DRAFTING MOTION. | 2.50 hrs. |
| 02/18/2003 | GWP | COMPLETE DRAFT OF MOTION TO COMPEL. | 0.40 hrs. |
| 02/19/2003 | CIM | TELEPHONE CONFERENCE WITH ATTORNEY MAHNKE; REVIEW DRAFT MOTION TO COMPEL; RESEARCH FRP37; CONFERENCE WITH ATTORNEY PIECUCH REGARDING SAME AND REVIEW OF MEMO REGARDING SANCTIONS FOR FAILURE TO COMPLY WITH DISCOVERY ORDER. | 1.00 hrs. |
| 02/19/2003 | GWP | REVIEW MOTION FOR SANCTIONS; CONFERENCE WITH ATTORNEY MILLER; MEMO/E-MAIL TO ATTORNEY MAHNKE REGARDING MOTION TO COMPEL; RESEARCH CT FEDERAL LAW ON MOTION FOR SANCTIONS. | 2.90 hrs. |
| 02/24/2003 | CIM | REVIEW RESEARCH REGARDING SANCTIONS; CONFERENCE REGARDING SAME WITH ATTORNEY PIECUCH. | 0.60 hrs. |
| 02/24/2003 | GWP | TELEPHONE CALL TO CHARLIE REGARDING MOTION FOR SANCTIONS; E-MAILS TO ATTORNEY MAHNKE REGARDING MOTION FOR SANCTIONS. | 0.30 hrs. |
| 03/07/2003 | CIM | TELEPHONE CONFERENCE WITH KYMRIC MAHINKE AND REVIEW OF LOCAL RULES REGARDING SANCTIONS. | 0.50 hrs. |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/12/2003 | GWP | CONFERENCE WITH ATTORNEY MILLER; TELEPHONE CALL TO JUDGE DORSEY'S CLERK; REVIEW MOTION FOR SANCTIONS; DRAFT CERTIFICATIONS; DRAFT LETTER TO ATTORNEY SLATER; PREPARE SERVICE. | 1.80 hrs. |
| 03/12/2003 | CIM | REVIEW MOTION FOR SANCTIONS AND MEMO; CONFERENCE WITH ATTORNEY PIECUCH TO DRAFT CERTIFICATE OF COMPLIANCE WITH JUDGE DORSEY'S SUPPLEMENTAL ORDER. | 1.00 hrs. |
| 03/13/2003 | GWP | REVIEW FILE MATERIALS FOR MOTIONS. | 0.40 hrs. |
| 03/14/2003 | CIM | TELEPHONE CONFERENCE WITH KEN SLATER. | 0.20 hrs. |
| 03/25/2003 | CIM | TELEPHONE CONFERENCE WITH ATTORNEY SLATER REGARDING HIS REQUEST FOR ADDITIONAL TIME TO RESPOND TO MOTION FOR SANCTIONS. | 0.20 hrs. |
| 04/02/2003 | CIM | TELEPHONE CONFERENCE WITH ATTORNEY SLATER; REVIEW OBJECTION AND FURTHER DISCOVERY; CONFERENCE WITH LAW CLERK REGARDING COPYING AND FORWARDING MATERIALS; TELEPHONE CONFERENCE VOICE MAIL TO ATTORNEY MAHNKE REGARDING STATUS; REVIEW IMPAC'S OBJECTION TO MOTION SANCTIONS AND PRELIMINARY REVIEW ADDITIONAL DISCOVERY MATERIALS. | 1.00 hrs. |
| 04/02/2003 | LC | REVIEW AND COPY DISCOVERY DISCLOSURES. | 0.80 hrs. |
| 04/03/2003 | CIM | FULL REVIEW OF IMPAC'S OBJECTION TO MOTION FOR SANCTIONS; TELEPHONE CONFERENCE WITH ATTORNEY MAHNKE; DRAFT OUTLINE FOR REPLY MEMO; REVIEW EARLIER ORDERS OF COURT ALONG WITH DOCKETING STATEMENT; DRAFT LOCAL RULE 37 GOOD FAITH AFFIDAVIT; DRAFTING REPLY MEMO SECTIONS; CONFERENCE WITH ATTORNEY PIECUCH REGARDING REPLY MEMO AND CONTINUED DRAFTING. | 3.50 hrs. |
| 04/03/2003 | GWP | CONFERENCE WITH ATTORNEY MILLER; REVIEW FILE. | 0.50 hrs. |
| 04/07/2003 | CIM | CONFERENCE WITH LAW CLERK AND ASSIGN RESEARCH FOR REPLY MEMO; TELEPHONE CONFERENCE WITH ATTORNEY SLATER. | 0.50 hrs. |
| 04/07/2003 | CIM | CONFERENCE WITH ATTORNEY PIECUCH REGARDING REPLY OUTLINE AND DETAIL FOR MEMO AND AFFIDAVIT CONCERNING NEW MATERIALS PRODUCED. | 0.50 hrs. |
| 04/07/2003 | LC | RESEARCH GOOD FAITH AFFIDAVIT WITH DISCOVERY MOTIONS IN CONNECTICUT DISTRICT COURT. | 1.30 hrs. |

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 04/07/2003 | GWP | CONFERENCE WITH ATTORNEY MILLER; REVIEW PLAINTIFF'S PLEADINGS; RESEARCH FILE; RESEARCH CASELAW; BEGIN MEMO ON SUPPORT OF MOTION FOR SANCTIONS. | 3.30 | hrs. |
| 04/09/2003 | GWP | DRAFT REPLY FOR MOTION FOR SANCTIONS; RESEARCH CASELAW; CONFERENCE WITH ATTORNEY MILLER; E-MAIL ATTORNEY MAHNKE. | 5.80 | hrs. |
| 04/10/2003 | CIM | DRAFTING AFFIDAVIT WITH EXHIBITS; CONFERENCE WITH ATTORNEY PIECUCH; TELEPHONE CONFERENCE WITH KYMRIC MAHNKE. | 0.80 | hrs. |
| 04/10/2003 | GWP | CONTINUE REPLY BRIEF; CONFERENCE WITH ATTORNEY MILLER. | 1.00 | hrs. |
| 04/11/2003 | GWP | CONFERENCE WITH ATTORNEY MILLER REGARDING REVISIONS TO REPLY BRIEF. | 0.20 | hrs. |
| 04/13/2003 | CIM | DRAFTING AND FINALIZING REPLY BRIEF AND AFFIDAVIT. | 3.00 | hrs. |
| 04/14/2003 | CIM | TELEPHONE CONFERENCE WITH KEN SLATER'S OFFICE REGARDING ORIGINAL MOTION TO COMPEL; TELEPHONE CONFERENCE WITH KYMRIC MAHNKE AND HIS OFFICE STAFF REGARDING ORIGINAL MOTION; TELEPHONE CONFERENCES WITH KEN SLATER AND KYMRIC MAHNKE; CONFERENCE WITH CLERK; DRAFT ADMISSIONS AND SUBMIT FOR REVIEW TO KYMRIC; EMAIL AND VOICE MAIL TO KEN SLATER; EMAIL TO KYMRIC MAHNKE. | 4.50 | hrs. |
| 04/14/2003 | LC | CALL J. DORSEY'S CLERK REGARDING EXTENSION OF TIME FOR REPLY BRIEF. | 0.10 | hrs. |
| 04/15/2003 | CIM | DRAFT MOTION FOR EXTENSION OF TIME; REVISE PROPOSED REQUESTS FOR ADMISSIONS AND EMAIL AND FAX TO ATTORNEY SLATER (.5); MODIFY REPLY MEMO (.3). | 0.80 | hrs. |
| 04/16/2003 | CIM | TELEPHONE CONFERENCE WITH ATTORNEY SLATER AND EMAIL REGARDING AGREEMENT ON MOTION FOR CONTINUANCE; FILE MOTION WITH COURT; EMAIL REGARDING FORM OF ADMISSIONS FROM ATTORNEY SLATER. | 0.50 | hrs. |
| 04/29/2003 | DMN | MEMORANDUM TO ATTORNEY MILLER. | 0.20 | hrs. |
| 04/04/2003 | LC | CONFERENCE WITH ATTORNEY MILLER REGARDING OBJECTION TO MOTION FOR SANCTIONS. | 0.20 | hrs. |

4

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/02/2003 | CIM | REVIEW REPLY BRIEF AND AFFIDAVIT AS MODIFIED BY ATTORNEY MAHNKE; TELEPHONE CONFERENCE WITH ATTORNEY SLATER; DRAFT MEMO REGARDING REQUESTED MODIFICATION; TELEPHONE CONFERENCE VOICE MAIL TO ATTORNEY MAHNKE; REVIEW PROPOSED RESPONSES TO REQUESTED ADMISSION; TELEPHONE CONFERENCE WITH ATTORNEY MAHNKE. | 2.30 hrs. |
| 05/02/2003 | GWP | CONFERENCE WITH ATTORNEY MILLER REGARDING MOTION FOR SANCTIONS AND DISCLOSURE AND PRODUCTION. | 0.10 hrs. |
| 05/05/2003 | CIM | TELEPHONE CONFERENCES WITH ATTORNEY SLATER REGARDING ADMISSIONS AND TELEPHONE CONFERENCES WITH ATTORNEY MAHNKE REGARDING SAME; REACH AGREEMENT REGARDING ADMISSIONS AND RE-DRAFT AFFIDAVIT IN SUPPORT OF MOTION FOR SANCTIONS; DRAFT MEMO REGARDING AGREEMENT; EMAILS TO BOTH COUNSEL AND DICTATE LETTER TO ATTORNEY SLATER REGARDING ADMISSIONS. | 3.00 hrs. |
| 05/05/2003 | GWP | TELEPHONE CALL TO JUDGE DORSEY'S CLERK; CONFERENCE WITH ATTORNEY MILLER REGARDING MOTION FOR EXTENSION OF TIME. | 0.30 hrs. |
| 05/06/2003 | CIM | FINALIZE FORM OF REPLY MEMO; TELEPHONE CONFERENCE WITH ATTORNEY SLATER REGARDING ADMISSIONS; PREPARE AND FILE ORIGINAL (1) MOTION FOR SANCTIONS, (2) OBJECTION, (3) REPLY MEMO, (4) MOTION EXTENSION OF TIME AND *(5)* MOTION FOR PERMISSION TO EXTEND REPLY PAGE LIMIT ALL WITH CLERK. | 2.00 hrs. |
| 05/06/2003 | GWP | PROOF AND REVISE REPLY MEMO AND AFFIDAVIT FOR MOTION FOR SANCTIONS. | 0.80 hrs. |
| 05/12/2003 | CIM | REVIEW COURT NOTICE ON TWO MOTIONS; TELEPHONE CONFERENCE WITH ATTORNEY SLAYER REGARDING ORIGINAL ADMISSIONS AND CERTIFICATIONS ON DISCOVERY | 0.40 hrs. |
| 05/14/2003 | CIM | TELEPHONE CONFERENCE WITH ATTORNEY SLATER REGARDING STATUS MOTION FOR SANCTIONS AND RECEIVE AND FORWARD TO ATTORNEY MAHNKE COPIES OF ADMISSIONS AND CERTIFICATION. | 0.20 hrs. |
| 05/16/2003 | MDO | CONFERENCE WITH ATTORNEY MILLER REGARDING STATUS. | 0.30 hrs. |
| 05/16/2003 | CIM | TELEPHONE CONFERENCE REGARDING COPYING CHECKS. | 0.20 hrs. |

5

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 05/21/2003 | CIM | TELEPHONE CONFERENCE WITH ATTORNEY SLATER REGARDING DOCUMENTS; TELEPHONE CONFERENCE WITH ATTORNEY MAHNKE; TELEPHONE CONFERENCE TO IKON REPRESENTATIVE AND CONFERENCE WITH SECRETARY REGARDING COORDINATION OF OBTAINING COST ESTIMATE. | 0.40 | hrs. |
| 05/23/2003 | CIM | TELEPHONE CONFERENCE WITH IKON REPRESENTATIVE REGARDING COPYING; TELEPHONE CONFERENCE VOICE MAIL WITH ATTORNEY MAHNKE. | 0.30 | hrs. |
| 05/29/2003 | CIM | TELEPHONE CONFERENCE WITH ATTORNEY MAHNKE AND VOICE MAIL TO ATTORNEY SLATER REGARDING INSPECTION. | 0.20 | hrs. |
| 06/05/2003 | CIM | VOICE MAIL TO AND FROM ATTORNEY MAHNKE AND VOICE MAIL MESSAGE WITH ATTORNEY SLATER (.2). | 0.20 | hrs. |
| 06/06/2003 | CIM | TELEPHONE CONFERENCE WITH ATTORNEY SLATER AND KYMRIC MAHNKE REGARDING SCHEDULING DOCUMENT REVIEW; VOICE MAIL TO CLERK REGARDING STATUS. | 0.30 | hrs. |
| 06/09/2003 | GWP | TELEPHONE CALL TO DORSEY'S CLERK REGARDING MOTION FOR SANCTIONS; CONFERENCE WITH ATTORNEY MILLER. | 0.20 | hrs. |
| 06/10/2003 | CIM | TELEPHONE CONFERENCE WITH ATTORNEY MAHNKE AND TELEPHONE CONFERENCE WITH ATTORNEY SLATER AND TELEPHONE CONFERENCE TO JUDGE DORSEY'S CLERK. | 0.40 | hrs. |
| 07/09/2003 | CIM | TELEPHONE CONFERENCE VOICE MAIL FROM KYM MAHNKE (.1). | 0.10 | hrs. |
| 07/22/2003 | CIM | TELEPHONE CONFERENCE VOICE MAIL EXCHANGES REGARDING SUPPLEMENTAL MOTION FOR SANCTIONS AND CONFERENCE WITH ATTORNEY O'CONNELL REGARDING STATUS. | 0.30 | hrs. |
| 07/22/2003 | MDO | TELEPHONE CONFERENCE WITH KYM MAHNKE. | 0.20 | hrs. |
| 07/29/2003 | CIM | REVIEW SUPPLEMENT TO ELLCON'S MOTION FOR SANCTIONS; REVIEW EXHIBITS AND ADD TABS FOR EASE OF REVIEW FOR JUDGE; CONFERENCE WITH RUNNER REGARDING FILING AND DELIVERY TO DEFENDANT COUNSEL; TELEPHONE CONFERENCE WITH ATTORNEY MAHNKE. | 1.00 | hrs. |
| 08/01/2003 | CIM | REVIEW PLAINTIFF'S MOTION AND VOICE MAIL MESSAGE FROM CLIENT. | 0.50 | hrs. |

6

| Date | Initials | Description | Hours | |
|---|---|---|---|---|
| 08/04/2003 | CIM | CONFERENCE WITH ATTORNEY O'CONNELL REGARDING STATUS. | 0.30 | hrs. |
| 08/04/2003 | MDO | CONFERENCE WITH ATTORNEY MILLER REGARDING STATUS; NOTES TO FILE. | 0.30 | hrs. |
| 08/05/2003 | CIM | TELEPHONE CONFERENCE WITH CLIENT (ATTORNEY MAHNKE); BEGIN DRAFTING RESPONSE TO MOTION TO STRIKE. | 0.40 | hrs. |
| 08/07/2003 | CIM | CONFERENCE WITH ATTORNEY PIECUCH; DRAFTING REPLY BRIEF IN OPPOSITION TO MOTION TO STRIKE; TELEPHONE CONFERENCE WITH ATTORNEY MAHNKE; CONFERENCE WITH ATTORNEY PIECUCH REGARDING SAME. | 1.00 | hrs. |
| 08/08/2003 | GWP | DRAFTING REPLY BRIEF; CONFERENCE WITH ATTORNEY MILLER. | 2.00 | hrs. |
| 08/11/2003 | GWP | BRIEF IN OPPOSITION TO MOTION TO STRIKE. | 1.20 | hrs. |
| 08/12/2003 | GWP | CONTINUE DRAFT OF BRIEF. | 4.00 | hrs. |
| 08/13/2003 | GWP | DRAFT OPPOSITION BRIEF. | 1.10 | hrs. |
| 08/15/2003 | GWP | COMPLETE OPPOSITION BRIEF TO MOTION TO STRIKE; DRAFT CORRESPONDENCE TO ATTORNEY MAHNKE. | 2.20 | hrs. |
| 08/18/2003 | GWP | CONFERENCE WITH ATTORNEY MILLER REGARDING DRAFT OBJECTION TO PLAINTIFF'S MOTION TO STRIKE AND SUBPOENA OF SOVEREIGN BANK. | 0.20 | hrs. |
| 08/19/2003 | GWP | PREPARE SCHEDULE A TO OPPOSITION BRIEF. | 0.30 | hrs. |
| 08/19/2003 | CIM | REVIEW AND FINALIZE OBJECTION TO MOTION TO STRIKE AND FINALIZE DEPOSITION EXTRACTS AS EXHIBIT. | 1.20 | hrs. |
| 08/20/2003 | GWP | CONFERENCE WITH ATTORNEY MILLER REGARDING MOTION FOR SANCTIONS; REVIEW AND ANALYSIS OF COURT'S RULING ON MOTION; MEMO TO ATTORNEY MILLER. | 0.60 | hrs. |
| 08/20/2003 | CIM | REVIEW JUDICIAL RULING; FORWARD TO ATTORNEY MAHNKE; TELEPHONE CONFERENCE WITH SAME; PULL BILLABLE TIME RECORDS FROM JANUARY 2003 TO PRESENT. | 0.50 | hrs. |
| 08/21/2003 | CIM | CONFERENCE WITH ATTORNEY O'CONNELL (.5). | 0.50 | hrs. |
| 08/21/2003 | MDO | CONFERENCE WITH ATTORNEY MILLER; REVIEW COURT DECISION; NOTES REGARDING SAME. | 0.50 | hrs. |
| 08/31/2003 | CIM | TELEPHONE VOICE MAIL TO ATTORNEY MAHNKE; DRAFT PROOF OF EXPENSES AND MOTION FOR AWARDING LEGAL FEES. | 0.50 | hrs. |

7

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 09/04/2003 | CIM | DRAFT MOTION FOR ATTORNEY'S FEES; DRAFT CERTIFICATION OF COMPLIANCE WITH SUPPLEMENTAL ORDER; REVIEW TIME BILLING RECORDS OF NELSON FIRM; REVIEW AND EDIT TIME BILLING RECORDS OF OFA TO COMPLY WITH SCOPE OF COURT'S ORDER. | 3.40 | hrs. |
| 09/08/2003 | CIM | DRAFT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES; TELECONFERENCE WITH ATTORNEY MAHNKE REGARDING MOTIONS. | 0.5 | hrs. |
| 09/09/2003 | CIM | FINALIZE MOTION AND EXHIBITS AND AFFIDAVIT. COORDINATE DELIVERY OF MATERIALS TO PLAINTIFF'S COUNSEL. | 0.5 | hrs. |

PERSONEL BILLING ON FILE AND HOURLY RATE:

O'CONNELL, MICHAEL D.   $225.00
MILLER, CHARLES I.       $195.00
PIECUCH, GREGORY W.      $150.00
CLERK, LAW               $90.00
NOSTIN, DAWN M.          $85.00

**NET BILLING:**                                        $13,397.00



# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

Elicon National, Inc.
ATTN: Emil Kondra
50 Beechtree Boulevard
Post Office Box 9377
Greenville, SC 29604-9377

**Our Matter #**       05352/00006
**Name of Matter:**    IMPAC matter

01/22/03   Review new Order from Connecticut Federal Court narrowing earlier ruling but requiring business records of IMPAC Connecticut for past six years; discuss same and implications with Attorney Miller; revise status letter to Mr. Kondra in light of this new development; send letter to Mr. Kondra.
K.Y. MAHNKE                                                                 2.20 hrs.

02/07/03   Phone call from Attorney Miller to discuss IMPAC stating they are not sending any more documents; discuss Motion for Sanctions.
K.Y. MAHNKE                                                                 0.30 hrs.

02/11/03   Begin analysis of IMPAC document production to prepare Motion for Court for execution on judgment or related motion.
K.Y. MAHNKE                                                                 2.20 hrs.

02/12/03   Phone conferences with Connecticut counsel regarding making clear to local IMPAC counsel that exact compliance with Judge Dorsey's Order is expected; continue review of materials produced by IMPAC.
K.Y. MAHNKE                                                                 2.30 hrs.

02/14/03   Continue review of produced materials to determine extent of noncompliance with Court's Order; discuss with Attorney Miller Motions for Sanctions and to Compel production.
K.Y. MAHNKE                                                                 2.60 hrs.

02/15/03   Begin drafting Motions for Sanctions and to Compel due to IMPAC's noncompliance with Court Order.
K.Y. MAHNKE                                                                 2.20 hrs.

02/17/03   Work on drafting Motion and preparing exhibits for Motion for Sanctions against IMPAC.
K.Y. MAHNKE                                                                 4.20 hrs.

| Date | Description | Hours |
|---|---|---|
| 02/17/03 | Office conference with Attorney Mahnke to assist in review of produced accounting documentation -- specifically, general ledgers, trial balances, and other accounting information.<br>C.S. VERDIN | 0.50 hrs. |
| 02/18/03 | Continue work on extensive Motion for sanctions in reply to IMPAC not sending material required by Court's Order.<br>K.Y. MAHNKE | 3.80 hrs. |
| 02/18/03 | Research for Attorney Mahnke regarding retention of tax records.<br>B. BARNHILL | 0.40 hrs. |
| 02/19/03 | Phone conference with Connecticut counsel to coordinate work on Motion for Sanctions; continue work on Motion.<br>K.Y. MAHNKE | 0.60 hrs. |
| 02/20/03 | Continue work on Exhibits and text of Motion for Sanctions.<br>K.Y. MAHNKE | 2.70 hrs. |
| 02/21/03 | Continue work on exhibits for Motion for Sanctions.<br>K.Y. MAHNKE | 0.70 hrs. |
| 02/23/03 | Work on production analysis in support of Motion for Sanctions.<br>K.Y. MAHNKE | 4.10 hrs. |
| 02/24/03 | Continue work in produced documents to prepare sanctions motions to the Court; phone conference with Investigator Waters regarding evidence of where IMPAC headquarters is located in Florida.<br>K.Y. MAHNKE | 3.00 hrs. |
| 02/26/03 | Continue detailed work in bank documents and other production to support Motion for sanctions; work on text of Motion.<br>K.Y. MAHNKE | 3.10 hrs. |
| 03/03/03 | Continue work on Exhibits for Motion for Sanctions and Memorandum.<br>K.Y. MAHNKE | 3.60 hrs. |
| 03/04/03 | Continue work on exhibit identification for Motion for Sanctions.<br>K.Y. MAHNKE | 2.40 hrs. |
| 03/05/03 | Make significant additions to exhibits and Memorandum in Support of Motion for Sanctions and meet with Investigator O'Shea on financial records for additional ammunition for motion.<br>K.Y. MAHNKE | 5.60 hrs. |
| 03/06/03 | Continue marking exhibits of relevant entries for court; review of complex banking record of related transactions; work on Memorandum in Support of Motion for Sanctions.<br>K.Y. MAHNKE | 4.20 hrs. |
| 03/06/03 | Assist Attorney Mahnke with review of corporate income tax return.<br>M.D. HOLLOWAY | 0.10 hrs. |
| 03/07/03 | Get documentation from Ellcon; continue work on Memorandum and exhibits; begin coordinating service with Attorney Miller.<br>K.Y. MAHNKE | 4.40 hrs. |

| Date | Description | |
|---|---|---|
| 03/10/03 | Make additions to exhibits regarding information found on back and front of Ellcon checks; revise Memorandum in Support to incorporate same.<br>K.Y. MAHNKE | 2.20 hrs. |
| 03/11/03 | Make final additions to Exhibits for Memorandum in Support of Motion for Sanctions; make corresponding additions to Memorandum; prepare copies for filing, and federal express all to Attorney Miller in Connecticut for filing with Court.<br>K.Y. MAHNKE | 4.30 hrs. |
| 04/01/03 | Draft status letter to Mr. Kondra on Motion for Sanctions.<br>K.Y. MAHNKE | 0.60 hrs. |
| 04/03/03 | Review IMPAC response to Motion for Sanctions and attached documentation; discuss with Attorney Miller type of response and importance of standing firm with IMPAC and the Court.<br>K.Y. MAHNKE | 1.60 hrs. |
| 04/09/03 | Review proposed draft of Reply to IMPAC's response to Motion for Sanctions.<br>K.Y. MAHNKE | 0.50 hrs. |
| 04/10/03 | Phone conference with Attorney Miller regarding substance of Reply Brief draft.<br>K.Y. MAHNKE | 0.30 hrs. |
| 04/14/03 | Numerous phone conferences with Connecticut counsel regarding contents of Ellcon's Reply to IMPAC's opposition to Ellcon's Motion for Sanctions; draft additions to Reply.<br>K.Y. MAHNKE | 4.20 hrs. |
| 04/15/03 | Review proposed Requests for Admissions from Attorney Miller; e-mail suggested additions.<br>K.Y. MAHNKE | 0.50 hrs. |
| 05/01/03 | Make last addition to Affidavit and Reply Memorandum and send to Connecticut.<br>K.Y. MAHNKE | 0.70 hrs. |
| 05/05/03 | Phone conferences with Attorney Miller regarding IMPAC attempting qualifications on answers to requests for admissions.<br>K.Y. MAHNKE | 0.60 hrs. |
| 05/13/03 | Draft letter to Mr. Kondra giving status of case.<br>K.Y. MAHNKE | 0.50 hrs. |
| 05/21/03 | Phone call from Attorney Miller in Connecticut regarding what to do with checks presented by IMPAC.<br>K.Y. MAHNKE | 0.30 hrs. |
| 05/27/03 | Conference with Attorney Campbell and investigator regarding how to handle analysis of 7,000 checks produced by IMPAC.<br>K.Y. MAHNKE | 0.70 hrs. |
| 05/29/03 | Meeting with Messrs. Waters and Kondra concerning review of IMPAC checks located in Connecticut; discuss options to review checks with Messrs. Waters and Kondra.<br>J.M. CAMPBELL | 0.50 hrs. |
| 05/29/03 | Meet with investigator Waters to plan check examination; phone conference with Connecticut counsel to arrange same.<br>K.Y. MAHNKE | 1.10 hrs. |

3

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 06/03/03 | Phone call from Mr. Chapin offering assistance with IMPAC case and discuss with Investigator Waters schedule for examination of checks. | K.Y. MAHNKE | 0.60 hrs. |
| 06/04/03 | Prepare Investigator Waters for check examination and show him relevant exhibits from Sanctions Motion to guide his search. | K.Y. MAHNKE | 2.20 hrs. |
| 06/06/03 | Phone conferences with Investigator Waters and Attorney Miller to arrange Mr. Waters check review. | K.Y. MAHNKE | 0.60 hrs. |
| 06/09/03 | Conference with Investigator Waters regarding his IMPAC check review and coordinate meeting with Connecticut counsel with respect to same. | K.Y. MAHNKE | 0.60 hrs. |
| 06/09/03 | Update and organize entire file: correspondence, pleadings etc. | J. BACON | 6.00 hrs. |
| 06/10/03 | Meeting with Investigator Waters to discuss further what he is requested to find on trip; coordinate with Connecticut counsel logistics for his examination. | K.Y. MAHNKE | 1.10 hrs. |
| 06/16/03 | Phone conferences with Investigator Waters and Attorney Miller regarding status of check review. | K.Y. MAHNKE | 0.30 hrs. |
| 06/17/03 | Phone conferences with Investigator Waters on findings throughout day; give him guidance on which checks should be copied. | K.Y. MAHNKE | 1.00 hrs. |
| 06/18/03 | Phone conferences with Investigator Waters discussing detail of checks found paying obligations of other IMPAC entities and vice versa; instruct him on items to copy. | K.Y. MAHNKE | 0.50 hrs. |
| 06/20/03 | Deposit from Investigator Waters on materials found and schedule regarding conference; phone call from Attorney Miller regarding additional creditor offering help. | K.Y. MAHNKE | 0.30 hrs. |
| 06/23/03 | Confer with Mr. Waters concerning findings in documents review in Connecticut; discuss retirement plan issues related to IMPAC. | J.M. CAMPBELL | 0.50 hrs. |
| 06/23/03 | Review portion of check findings with Attorney Waters; work on response to Attorney Miller regarding Irby Construction. | K.Y. MAHNKE | 3.10 hrs. |
| 06/24/03 | Phone conference with Attorney Miller regarding whether to share information with and from other auditor and to discuss supplement to Motion for Sanctions; work on checks overview. | K.Y. MAHNKE | 0.60 hrs. |
| 06/25/03 | Review at length findings of Investigator Waters in preparation for Supplement to Motion for Sanctions. | K.Y. MAHNKE | 3.30 hrs. |

4

| Date | Description | Attorney | Hours |
|---|---|---|---|
| 06/30/03 | Conference with Investigator Waters on new possible witnesses for deposition. | K.Y. MAHNKE | 0.40 hrs. |
| 07/01/03 | Begin drafting Supplement to Motion to Motion for Sanctions. | K.Y. MAHNKE | 2.60 hrs. |
| 07/02/03 | Work on compiling exhibit materials for supplement to Motion for Sanctions; select items from previously missing bank statements to bring to attention of court. | K.Y. MAHNKE | 3.30 hrs. |
| 07/07/03 | Separate checks for use as exhibits to Supplement to Motion for Sanctions. | K.Y. MAHNKE | 4.50 hrs. |
| 07/13/03 | Work on Elicon Supplement to Motion for Sanctions. | K.Y. MAHNKE | 1.20 hrs. |
| 07/14/03 | Work on Supplement to Motion for Sanctions. | K.Y. MAHNKE | 1.80 hrs. |
| 07/15/03 | Continue drafting Supplement to Motion for Sanctions. | K.Y. MAHNKE | 1.60 hrs. |
| 07/18/03 | Confer with Mr. Doug Kondra concerning meeting with IMPAC representative. | J.M. CAMPBELL | 0.50 hrs. |
| 07/18/03 | Continue work on Supplement to Motion for Sanctions; continue preparation of extensive exhibits. | K.Y. MAHNKE | 2.20 hrs. |
| 07/21/03 | Continue work on Supplement to Motion for Sanctions exhibits. | K.Y. MAHNKE | 2.30 hrs. |
| 07/22/03 | Continue work on exhibits for Supplement to Motion for Sanctions. | K.Y. MAHNKE | 0.50 hrs. |
| 07/23/03 | Continue work on exhibits for Motion for Sanctions. | K.Y. MAHNKE | 0.60 hrs. |
| 07/24/03 | Confer with Attorneys Quattlebaum and Mahnke concerning discussion with F. Lee Bailey; confer with Mr. Doug Kondra. | J.M. CAMPBELL | 0.50 hrs. |
| 07/25/03 | Prepare for and meet with Messrs. Bailey and Kondra, and Attorney Campbell to attempt beginning a resolution of IMPAC case. | K.Y. MAHNKE | 5.50 hrs. |
| 07/25/03 | Make additions to Supplement to Motion for Sanctions. | K.Y. MAHNKE | 1.10 hrs. |
| 07/25/03 | Meeting with F. Lee Bailey to discuss settlement; discuss IMPAC Florida financial situation. | J.M. CAMPBELL | 5.00 hrs. |
| 07/26/03 | Read deposition of Mr. Irwin by Irby Construction, and highlight portions of same; continue work on Supplement to Motion for Sanctions. | K.Y. MAHNKE | 5.60 hrs. |

| | | |
|---|---|---|
| 07/28/03 | Make last additions to Supplement to Motion for Sanctions; additions to exhibits; and arrange to Fed-Ex same to Connecticut counsel for filing.<br>K.Y. MAHNKE | 3.20 hrs. |
| 07/28/03 | Coordinate preparation of copies of exhibits to Motion for Sanctions; forward same to counsel in Connecticut for filing.<br>M. THRASHER | 0.50 hrs. |
| 07/29/03 | Review letters to and from IMPAC and Elcon and its representatives and attorneys between August and the end of 1998.<br>J.M. CAMPBELL | 0.50 hrs. |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 02/05/2003 | VENDOR: Ikon Office Solutions; INVOICE#: HAR060297; DATE: 02/05/2003 - Copies | 170.74 |
| 02/05/2003 | VENDOR: Federal Express; INVOICE#: 455261466; DATE: 02/05/2003-01/07/03 | 21.28 |
| 03/06/2003 | Photocopies 99 Page(s) | 14.85 |
| 03/06/2003 | Photocopies 231 Page(s) | 34.65 |
| 03/06/2003 | Photocopies 19 Page(s) | 2.85 |
| 03/06/2003 | Photocopies 6 Page(s) | 0.90 |
| 03/06/2003 | Photocopies 217 Page(s) | 32.55 |
| 03/06/2003 | Photocopies 78 Page(s) | 11.70 |
| 03/07/2003 | Courier charge | 7.50 |
| 03/07/2003 | Photocopies 16 Page(s) | 2.40 |
| 03/07/2003 | Photocopies 36 Page(s) | 5.40 |
| 03/07/2003 | Photocopies 146 Page(s) | 21.90 |
| 03/07/2003 | Photocopies 16 Page(s) | 2.40 |
| 03/07/2003 | Photocopies 252 Page(s) | 37.80 |
| 03/07/2003 | Photocopies 3 Page(s) | 0.45 |
| 03/09/2003 | Photocopies 62 Page(s) | 9.30 |
| 03/09/2003 | Photocopies 594 Page(s) | 89.10 |
| 03/11/2003 | VENDOR: Legal Eagle; INVOICE#: 33206; DATE: 3/11/2003 | 125.12 |
| 03/11/2003 | Photocopies 1 Page(s) | 0.15 |
| 03/11/2003 | Photocopies 1 Page(s) | 0.15 |
| 03/11/2003 | Photocopies 1 Page(s) | 0.15 |
| 03/11/2003 | Photocopies 115 Page(s) | 17.25 |
| 03/11/2003 | Photocopies 39 Page(s) | 5.85 |
| 03/11/2003 | Photocopies 21 Page(s) | 3.15 |
| 03/11/2003 | Photocopies 55 Page(s) | 8.25 |
| 04/02/2003 | Telephone 1-860-548-1300 | 0.07 |
| 04/03/2003 | Photocopies 171 Page(s) | 25.65 |
| 04/03/2003 | Photocopies 110 Page(s) | 16.50 |
| 04/03/2003 | Photocopies 31 Page(s) | 4.65 |
| 04/03/2003 | Postage | 1.52 |
| 04/08/2003 | VENDOR: Federal Express; INVOICE#: 464818153; DATE: 4/8/2003-03/11/03 | 26.60 |
| 05/07/2003 | VENDOR: Federal Express; INVOICE#: 469626422; DATE: 5/7/2003-04/14/03 | 29.60 |
| 06/19/2003 | Telephone charges | 10.00 |
| 07/10/2003 | Postage | 1.29 |

## DISBURSEMENT SUMMARY

6

| | |
|---|---:|
| CopyOut | 170.74 |
| Travel | 21.28 |
| Photocopies | 339.90 |
| Courier – In | 7.50 |
| Outside Services | 125.12 |
| Photocopies | 46.80 |
| Federal Express | 26.60 |
| Postage | 1.52 |
| Telephone | 0.07 |
| Federal Express | 29.60 |

| | Rate/Hr |
|---|---:|
| K.Y. MAHNKE | 250.00 |
| J.M. CAMPBELL | 320.00 |
| M.D. HOLLOWAY | 240.00 |
| C.S. VERDIN | 210.00 |
| B. BARNHILL | 170.00 |
| M. THRASHER | 95.00 |
| J. BACON | 60.00 |

**Net billing:**                                            $34,709.92

7