```
                                        FILED
                                   Nov 20  2 29 PM '03
       IN THE UNITED STATES DISTRICT COURT
                                   U.S. DISTRICT COURT
                                   NEW HAVEN, CONN.

           FOR THE DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| Integrated Control Systems, Inc., Robert A. Jacobson, | ) ) ) | Civil Action No. 300 CV 1295 (PCD) |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| Ellcon National, Inc., | ) ) ) | |
| Defendants. | ) ) | |

## ENTRY OF APPEARANCE

TO:   Clerk's Office
      U.S. District Court
      District of Connecticut
      141 Church Street
      New Haven, CT 06510

Please enter my appearance as attorney for the defendant, Ellcon National, Inc. in the above-captioned case.

Dated at Hartford, Connecticut this 11th day of November 2003.

By /s/ Gregory W. Piecuch
Gregory W. Piecuch, Esq.
O'Connell, Flaherty & Attmore, L.L.C.
280 Trumbull Street
Hartford, CT 06103
Federal Bar No. CT 24371
Phone # (860)548-1300
Fax # (860)548-0023
Email: gpiecuch@ofalaw.com

I hereby certify that a copy of the foregoing has been mailed postage prepaid this 19th day of November 2003 to:

Counsel Served:

Kenneth R. Slater, Jr., Esq.
Halloran & Sage LLP
One Goodwin Square
225 Assylum Street
Hartford, CT 06103

A.M. Quattlebaum, Jr., Esq.
Kymric Y. Mahnke, Esq.
Nelson, Mullins, Riley & Scarborough, LLP
Poinsett Plaza
104 South Main Street, Suite 900
P.O. Box 10084
Greenville, SC 29601

/s/ Gregory W. Piecuch
Gregory W. Piecuch, Esq.