IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Integrated Control Systems, Inc., Robert A. Jacobson,<br><br>Plaintiffs,<br><br>vs.<br><br>Ellcon National, Inc.,<br><br>Defendants. | Civil Action No.  300 CV 1295 (PCD) |

**ENTRY OF APPEARANCE**

TO:   Clerk's Office
      U.S. District Court
      District of Connecticut
      141 Church Street
      New Haven, CT  06510

Please enter my appearance as attorney for the defendant, Ellcon National, Inc. in the above-captioned case.  The undersigned is no longer employed with the firm of O'Connell, Flaherty & Attmore, LLC and will continue representing the defendant in this matter.

Dated at Middletown, Connecticut this 16th day of January, 2004

By _____
Charles I. Miller
The Balaban Law Firm
425 Main Street 4th Floor
Middletown, Connecticut 06457
Federal Bar No . CT 08203
Phone # (860) 346-5244
Fax # (860) 347-9706
Email: cim@balaban-lawfirm.com

### **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed postage prepaid this 16th day of January, 2004 to:

Counsel Served:

Kenneth R. Slater, Jr., Esq.
Joseph G. Fortner, Jr., Esq.
Halloran & Sage LLP
One Goodwin Square
225 Assylum Street
Hartford, CT 06103

A.M. Quattlebaum, Jr., Esq.
Kymric Y. Mahnke, Esq.
William S. Brown, Esq.
Nelson, Mullins, Riley & Scarborough, LLP
Poinsett Plaza
104 South Main Street, Suite 900
P.O. Box 10084
Greenville, SC 29601

<div style="display: flex;">

Michael D. O'Connell, Esq.
Gregory William Piecuch, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
860-548-1300
Email: moconnell@ofalaw.com

_____
Charles I. Miller

</div>

E:\Data\CIM\ELLCON-National\Pleadings\CIM's Appearance.doc