UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Integrated Control Systems, Inc., Robert A. Jacobson, | ) ) | Civil Action No. 300 CV 1295 (PCD) |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| Ellcon-National, Inc., | ) ) | |
| Defendants | ) | February 10, 2004 |

## NOTICE OF FILING OF BANKRUTPCY

The plaintiff, Integrated Control Systems, Inc., has filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code on January 22, 2004, in the United States Bankruptcy Court for the District of Connecticut, in the matter of Integrated Control Systems, Inc., and bearing Case No. 04-30258.

Pursuant to 11 U.S.C. § 362, the filing of a voluntary petition under the Bankruptcy Code operates as an automatic stay to this action.

THE PLAINTIFF,
INTEGRATED CONTROL SYSTEMS,
INC., ROBERT A. JACOBSON

By_____
Kenneth R. Slater, Jr.
HALLORAN & SAGE LLP
Fed. Bar #ct09451
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 10th day of February, 2004, to all counsel and pro se parties as follows:

Charles I. Miller, Esq.
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103

Kymric Y. Mahnke, Esq.
Nelson, Mullins, Riley & Scarborough, LLP
Poinsett Plaza
104 South Main Street, Suite 900
P.O. Box 10084
Greenville, SC 29601

Kenneth R. Slater, Jr.

510527.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

2
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105