UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

MAR 26  11 23 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| INTEGRATED CONTROL SYSTEMS INC., Robert A. JACKSON,<br>Plaintiffs | :<br>:<br>:<br>: |
| vs. | :  Case No: 3:00cv1295 (PCD)<br>:<br>: |
| ELLCON-NATIONAL, INC.,<br>Defendant | :<br>: |

## RULING ON PLAINTIFFS' MOTION FOR RECONSIDERATION AND DEFENDANT'S MOTION FOR ATTORNEY'S FEES

Plaintiff moves for reconsideration [Doc. No. 76] of the August 13, 2003 Ruling [Doc. No. 72] granting Defendant's Motion for Sanctions. Defendant moves for attorneys' fees [Doc. No. 84] as a consequence of that Ruling. In light of Plaintiffs' Notice of Filing of Bankruptcy [Doc. No. 93], both Motions are **denied** without prejudice. It is noted that technically the case is not stayed as it was closed on September 26, 2000 after judgment entered for Defendant. Nonetheless while bankruptcy proceedings are pending all post-judgment activity will cease.

SO ORDERED.

Dated at New Haven, Connecticut, March 25, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court